# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01756-PAB-KAS

CHASE SMITH,

Plaintiff,

v.

PARA ENERGY GROUP, LLC and
ZECO EQUIPMENT, LLC

Defendants.

---

**DEFENDANT PARA ENERGY GROUP, LLC'S MOTION TO DISMISS COLLECTIVE ACTION**

---

Defendant Para Energy Group, LLC, by its undersigned counsel, hereby moves pursuant to F.R.C.P. 12(b)(1) and 12(b)(6) to dismiss the collective action against this defendant, and in support thereof states as follows:

1. The [1] Collective Action Complaint herein alleges in relevant part that Plaintiff Chase Smith ("Smith") was employed by Defendant Para Energy Group, LLC ("Para") as a Solids Control Technician from September to December 2022 and that Para failed to pay him overtime in accordance with the requirements of the Fair Labor Standards Act ("FLSA"). (Complaint ¶¶ 15, 17, 33, 56-58).

2. The Complaint seeks to assert this FLSA claim against Para as a collective action on behalf of Smith and all other similarly situated Solids Control Technicians pursuant to 29 U.S.C. § 216(b). (Complaint ¶¶ 16-19, 56-58).

3. When Smith began his work with Para, he executed a number of employment documents. One of those documents was entitled "Attachment D: Mutual Agreement to Arbitrate

All Disputes" (attached hereto and hereinafter referred to as the "Arbitration Agreement"), which Smith executed on September 2, 2022. That document stated in relevant part:

> **CLASS/COLLECTIVE ACTION AND JURY WAIVER.** By signing this Agreement, you agree that all claims will be pursued on an individual basis only. You are waiving your right to commence, or be a party to, any class or collective claim(s) or jointly to bring any claim(s) against the Company or the Client Company with any other person. The parties further agree that such claims shall be subject to a non-jury trial in the state or (if jurisdiction exists) federal court that is closest to the location where you last worked for the Company.

The "Company" is defined in the first sentence of the Arbitration Agreement as Para Energy Group LLC.

4. Smith explicitly waived his right to bring a collective action suit against Para. Accordingly, this court lacks subject matter jurisdiction over the collective action asserted in the Complaint, and Para therefore moves pursuant to F.R.C.P. 12(b)(1) to dismiss the collective action herein as asserted against Para.

5. Additionally, or in the alternative, because Smith explicitly waived his right to bring a collective action against Para, the collective action claim in his Complaint fails to state a claim for which relief may be granted, and Para therefore moves pursuant to F.R.C.P. 12(b)(6) to dismiss the collective action claim. Furthermore, because the collective action claim cannot be remedied through repleading it, Para asks that the collective action claim be dismissed with prejudice.

Wherefore, the foregoing considered, Defendant Para Energy Group respectfully requests that this Honorable Court dismiss the collective action herein against Para Energy Group, LLC with prejudice and provide such other and further relief to Defendant Para as the Court deems appropriate.

Respectfully submitted on August 11, 2023.

By: s/ Ken Falkenstein
Ken Falkenstein, Atty. Reg. No. 52307
Irwin Fraley, PLLC
8377 S. Revere Parkway, Suite 400
Centennial, CO 80111
Telephone: 303-999-9000
FAX: 303-999-9001
Email: kfalkenstein@coloradolawyers.com
Attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2023, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.

s/ Ken Falkenstein
Ken Falkenstein