IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01756-PAB-KAS

CHASE SMITH, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

PARA ENERGY GROUP, LLC, and
ZECO EQUIPMENT, LLC,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the **Motion for Leave to Withdraw as Counsel for Defendant Para Energy Group, LLC** [#48] (the "Motion"), filed by Attorney Ken Falkenstein ("Falkenstein"). Plaintiff filed a Response [#51] in opposition to the Motion [#48], and Attorney Falkenstein filed a Reply [#52]. Attorney Falkenstein seeks to withdraw because "irreconcilable differences have arisen" between him and his client. *Motion* [#48] at 2. If granted, Defendant Para Energy Group, LLC would not have counsel.

    Plaintiff opposes the Motion [#48] essentially on two grounds. First, Plaintiff believes that Attorney Falkenstein has failed to provide good cause for his withdrawal. The Court disagrees. Pursuant to D.C.COLO.LAttyR 5(b), "[a] motion to withdraw must state the reasons for withdrawal, unless the statement would violate the rules of professional conduct." Pursuant to Colorado Rule of Professional Conduct 1.16(b)(4), "a lawyer may withdraw from representing a client if: . . . the client insists upon taking action that the lawyer considers repugnant or with which the lawyer has a fundamental disagreement[.]" Here, Attorney Falkenstein states that, "[a]lthough [he] is prohibited by the rules of professional conduct from disclosing the specific nature of the differences between [Defendant Para Energy Group, LLC] and himself, he did certify in his Motion that he believes in good faith that those differences are irreconcilable, and he made that representation - and makes it again herein - as an officer of this Court." *Reply* [#52] at 2. The Court agrees that no more is necessary under the applicable rules, and therefore Plaintiff's argument on this point is rejected.

    Second, Plaintiff argues that allowing Attorney Falkenstein to withdraw will create undue delay in this case. This case is currently administratively closed pending arbitration. *Order* [#47]. However, both Plaintiff and Attorney Falkenstein agree that the

1

case may soon be remanded here for further proceedings. *Reply* [#52] at 2. If that occurs, the Court will require Defendant Para Energy Group, LLC to obtain counsel within thirty days of the case's reopening. *See* D.C.COLO.LAttyR 5(b) (stating that a corporation, partnership, or other legal entity "may not appear without counsel admitted to the bar of this court"). Thus, Plaintiff's argument on this point is rejected as well.

Nevertheless, the Court denies the Motion [#48] without prejudice. In order for Defendant Para Energy Group, LLC to receive notice when this case reopens, the Court will need contact information for the entity. Attorney Falkenstein has not provided that information in his briefs and has not stated that he is unable to do so for any reason. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#48] is **DENIED without prejudice**. Attorney Falkenstein may renew his request on the same grounds but must provide contact information for his client in connection with that request.

Dated: May 22, 2024